## Ticket 1 (TM-523480)

**DRIVER'S COPY** - See Reverse for Court Location

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, FIRST MUNICIPAL DISTRICT
In the name and by the authority of the
☐ People of the State of Illinois  ☐ City of Chicago, a Municipal Corporation, Plaintiff, vs.

COMPLAINT T M-523480

- **Name:** AL-RAMAHI, RAMSEY K
- **Address:** 852 W. BUCKINGHAM PL, CHICAGO, IL
- **Oper. License / CDL:** A465731 8305 0, IL, 09, 02, 1983, M
- **Day of Week:** MON **Date:** 07/23/20 07 **Time:** 12:25 AM
- **Make:** JAGUAR **Year:** 01 **Color:** BLK
- **Upon a public highway:** W Bound, #43 E GRAND AVE
- **Perm. Plate:** 7667670
- RD# HN483072
- Witness: P.O. ELLITCH #14180
- Offense: MCC 9-40-140 NEGLIGENT DRIVING
- Officer's Signature: R. Howland Star# 17513 Unit 018
- On 22 of AUG at 9:00 o'clock, 4th Floor

---

## Ticket 2 (TM-523481)

**DRIVER'S COPY** - See Reverse for Court Location

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, FIRST MUNICIPAL DISTRICT

COMPLAINT T M-523481

- **Name:** AL-RAMAHI, RAMSEY K
- **Address:** 852 W. BUCKINGHAM PL, CHICAGO, IL
- **Oper. License / CDL:** A465731 8305 0, IL, 09, 02, 1983, M
- **Day of Week:** MON **Date:** 07/23/20 07 **Time:** 12:25 AM
- **Make:** JAGUAR **Year:** 01 **Color:** BLK
- **Upon a public highway:** W Bound, #43 E GRAND AVE
- **Perm. Plate:** 7667670
- RD# HN483072
- Witness: P.O. ELLITCH #14180
- Offense: MCC 9-12-050(B) FAIL TO KEEP IN LANE
- Officer's Signature: R. Howland Star# 17513 Unit 018
- On 22 of AUG at 9:00 o'clock, 4th Floor

# ILLINOIS MOTORIST REPORT — CHICAGO POLICE DEPARTMENT

**Use black ink**

Mail This Report to
Illinois Department of Transportation
Accident Records Section
3215 Executive Park Drive
Springfield, Illinois 62766-0001

Copies of police crash reports may be obtained by sending $5 per copy (check or money order) made payable to "Department of Finance - City of Chicago" and mailed to:
Chicago Police Department
Records Inquiry Section
1121 S. State St. Rm. 209
Chicago, IL 60605

INVESTIGATED BY: (circle) ON-SCENE ✗

- **34 ADDRESS NO.:** 43
- **HIGHWAY or STREET NAME:** (circle) N E S W — 50 E / MI  GRAND AVE.
- **AT INTERSECTION WITH:** WABASH AVE
- **CITY:** CHICAGO
- **COUNTY:** COOK
- **32:** 1-5   **33 R.D. NUMBER:** HN483072   **DOT CONTROL NUMBER:** 274068
- **A** No Injury / Drive Away
- **B** Injury and / or Tow Due To Crash ✗
- **35 INTERSECTION RELATED:** Yes ✗  No
- **PRIVATE PROPERTY:** Yes  No ✗
- **HIT & RUN:** Yes  No ✗
- **36 DATE OF CRASH:** 7/23/07   **TIME:** 12:25 PM
- **37 ANY SINGLE VEHICLE/PROPERTY DAMAGED OVER $500:** Yes ✗  No
- **38 NO. MOTOR VEHICLES INVLD:** 5
- **BEAT OF OCCURRENCE:** 1834
- **PHOTO(S) TAKEN:** N
- **STATEMENT(S) TAKEN:** N

### UNIT 1
- **MAKE:** CHEVROLET   **MODEL:** IMPALA   **YEAR:** 2008
- **PLATE NO.:** BMA 5215   **STATE:** (MI) 04-2008
- **VIN:** 2G1WB58N089125723
- **VEHICLE OWNER (LAST, FIRST M.I.):** HERTZ VEHICLES
- **OWNER ADDRESS:** DETROIT MI  METRO APT LUCAS DR. BLDG 2848  48242
- CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 5
- POINT OF FIRST CONTACT: 5
- TOWED DUE TO DAMAGE: Y / N
- OTHER / FIRE / HAZ MAT / COM. VEH.: *
- INSURANCE CO.: UNKNOWN
- POLICY NO.: UNKNOWN

### UNIT 2
- (blank)
- CIRCLE NUMBER(S) FOR DAMAGED AREA(S): UNKNOWN
- INSURANCE CO. / POLICY NO.: UNKNOWN

*M109TM*

COMPLETE BOTH SIDES OF THIS FORM

SR 1CA 25N (REPRINT 10/00)